
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :

    - v. -                              :     INDICTMENT

ROHAN ASWAT,                            :     16 CRIM 119

    Defendant.                          :

- - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

JUDGE GARDEPHE

## COUNT ONE

(Assaulting Federal Officers)

The Grand Jury charges:

1. On or about January 5, 2016, in the Southern District of New York, ROHAN ASWAT, the defendant, willfully and knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with and, in doing so, make physical contact with, a person designated in Title 18, United States Code, Section 1114, while engaged in and on account of the performance of official duties, and thereby did inflict bodily injury, to wit, in Courtroom 20C at 500 Pearl Street in New York, New York, ASWAT forcibly assaulted and, in doing so, made physical contact with and thereby inflicted bodily injury on a Deputy United States Marshal, engaged in the performance of his official duties.

(Title 18, United States Code, Section 111(a)(1) and (b).)

## COUNT TWO

(Assaulting Federal Officers)

The Grand Jury further charges:

2. On or about January 5, 2016, in the Southern District of New York, ROHAN ASWAT, the defendant, willfully and knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with and, in doing so, make physical contact with, a person designated in Title 18, United States Code, Section 1114, while engaged in and on account of the performance of official duties, and thereby did inflict bodily injury, to wit, at 500 Pearl Street in New York, New York, while he was being escorted into the entrance of a courtroom holding cell, ASWAT forcibly assaulted and, in doing so, made physical contact with and thereby inflicted bodily injury on a Deputy United States Marshal, engaged in the performance of his official duties.

(Title 18, United States Code, Section 111(a)(1) and (b).)

## COUNT THREE

(Escape)

The Grand Jury further charges:

3. On or about January 5, 2016, in the Southern District of New York, ROHAN ASWAT, the defendant, willfully and knowingly did escape and attempt to escape from the custody of the Attorney General and her authorized representative, and from an institution and facility in which he was confined by direction

2

of the Attorney General, and from custody under and by virtue of process issued under the laws of the United States by a court, judge, and magistrate judge, and from the custody of an officer and employee of the United States pursuant to lawful arrest, which custody was by virtue of an arrest on a charge of felony, to wit, ASWAT, while in the custody of the United States Marshals Service following arrest on a charge in the United States District Court for the Southern District of New York for assault on federal officers, in violation of Title 18, United States Code, Sections 111(a)(1) and 2, attempted to prevent a Deputy United States Marshal from taking him back into custody and attempted to leave the courtroom, subsequent to a conference at 500 Pearl Street, New York, New York.

(Title 18, United States Code, Section 751(a).)

_____          _____
FOREPERSON                           PREET BHARARA
                                     United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ROHAN ASWAT,

Defendant.

INDICTMENT

16 Cr.

(18 U.S.C. §§ 111(a)(1) & (b) and 751(a))

_____          _____
Foreperson.                      PREET BHARARA
                                 United States Attorney.

2/11/16 - Filed Indictment
ec       Case assigned to J. Garaufis.
                                 J. Maas